IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DYONTE SCOTT,<br><br>Defendant. | CR 24–5–BU–DLC<br><br><br><br>ORDER |

Before the Court is Defendant's Unopposed Motion to Vacate. (Doc. 66.) Through the Motion, Defendant requests that the Court vacate the change of plea hearing and set a status conference. (*Id.* at 1.) Judge DeSoto vacated the change of plea hearing on July 8, 2024. (Doc. 67.) This Court denied Defendant's Motion to Suppress as moot on April 22, 2024. (Doc. 43 at 1.) Therefore, the Court does not see the need for a status conference.

Accordingly, IT IS ORDERED that the Motion (Doc. 66) is DENIED. Judge DeSoto will reset the change of plea hearing by separate order.

DATED this 10th day of July, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1