IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DYONTE SCOTT,<br><br>Defendant. | CR 24-5-BU-DWM<br><br><br>ORDER |

Defendant Dyonte Scott having moved for the return of personal property pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure,[1]

IT IS ORDERED that the government respond to this Motion, (Doc. 101), on or before December 26, 2024.

DATED this 12th day of December, 2024.

_____
Donald W. Molloy, District Judge
United States District Court

---

[1] Defendant incorrectly refers to Rule 41(e). (Doc. 101).